UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO MONTES-GUILLEN, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:15-cv-01641-JAD-GWF |
| vs. | ) **ORDER** |
| JAMES JEFFREY MILLER, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated August 26, 2015, required the parties to file a Joint Status Report no later than September 28, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **October 27, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge